## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3186 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JAMES SANDS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having been advised by the probation officer that the offender under supervision has left the transitional living facility without permission and his whereabouts are unknown,

IT IS ORDERED the Clerk shall issue a warrant for the arrest of Mr. Sands. The warrant is herewith forwarded to the Clerk for issuance.

DATED this 8th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge